58 A.3d 750

David LUSICK, Petitioner

v.

Judge Jacqueline ALLEN, Judge John Herron and Judge Pamela Pryor Cohen Dembe, Respondents.

No. 185 EM 2012.

Supreme Court of Pennsylvania.

Dec. 14, 2012.

## ORDER

PER CURIAM.

AND NOW, this 14th day of December, 2012, the "Petitioner [sic] for Review with Sanctions" is **DENIED.** The Protho-

notary is directed to strike the names of the jurists from the caption.